UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-204 |
| JON YOUNG | SECTION "R" |

## ORDER AND REASONS

Defendant, Jon Young, was charged with two counts in a superseding indictment on November 8, 2019.[1] Defendant's sentencing is set for December 15, 2021. In light of the COVID-19 pandemic, Congress has allowed criminal sentencings under Rule 32 of the Federal Rules of Criminal Procedure to be conducted by videoconference when the sentencing cannot be conducted in person without seriously jeopardizing health and safety, and the district court finds for specific reasons that the sentencing cannot be delayed without serious harm to the interests of justice. *See* Pub. L. No. 116-136, § 15002(b)(2), 134 Stat. 281, 528-29 (2020) [hereinafter "CARES Act"].

The Chief Judge of the Eastern District of Louisiana has specifically found that sentencings under Rule 32 cannot be conducted in person without seriously jeopardizing public health and safety. *See* Eastern District of

---

[1] R. Doc. 40.

Louisiana, General Order 21-16. The Court finds pursuant to Section 15002(b)(2) of the CARES Act, and in accordance with General Order 21-16 of the Eastern District of Louisiana, that defendant's sentencing cannot be further delayed without serious harm to the interests of justice. This is specifically because of the backlog of cases caused by the COVID-19 pandemic.

Defendant's sentencing hearing is therefore set for **DECEMBER 15**, **at 11:30 a.m.** The sentencing hearing shall be conducted by videoconference.

New Orleans, Louisiana, this __15th__ day of December, 2021.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE